AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

State and \_\_\_\_\_ DISTRICT OF \_\_\_\_\_ New Mexico

UNITED STATES OF AMERICA

V.

Jesus MILLAN-Vega

**CRIMINAL COMPLAINT**

CASE NUMBER: 18-MJ-1658

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **16 May 18** in **San Juan** county, in the **State and** District of **New Mexico** defendant(s) did, (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully.

in violation of Title **8** United States Code, Section(s) **1326 (a)(1) & (a)(2)**

I further state that I am a **Deportation Officer** and that this complaint is based on the following facts:

_Official Title_

On May 16, 2018, the Defendant was encountered by Immigration and Customs Enforcement Officers at the Aztec Magistrate Court, Aztec, New Mexico. It was determined that the Defendant was a citizen and national of Mexico and amenable to removal from the United States by being in the United States without permission or parole. A review of the Defendants A-File indicated that the Defendant was ordered Expedited removed from the United States by a District Director on October 22, 2008, and the defendant was removed from the United States to Mexico. That order was reinstated on September 22, 2009 and November 22, 2009, the Defendent was removed subsequently removed to Mexico on Both Ocasions. A review of the defendant's immigration history does not indicate that the Defendant neither applied for nor received the consent of the appropriate authority of the United States to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

_Signature of Complainant_

Sworn to before me and subscribed in my presence,

May 16, 2018 at Farmington, New Mexico
Date                                          City and State

R. Paul Briones  United States Magistrate Judge